# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE SEGOVIA CRUZ, ) | NO. CV 09-2589 DOC (FMO) |
| )   Petitioner, ) | |
| ) v. ) | **JUDGMENT** |
| ) JOHN F. SALAZAR, Warden, ) | |
| )   Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 20, 2009.

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE